

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*　*Tel.: (315) 448-0672*
*James M. Hanley Federal Building*　*Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

January 14, 2016

Hon. Elizabeth A. Wolford
U.S. District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York  14614

    Re:    *United States v. Joseph Jenkins*
              Criminal Action No.:  5:14-CR-088 (EAW)

Dear Judge Wolford,

    Please allow this letter to serve as the government's request for leave to file a response to the Defendant's sentencing memorandum (Dkt. 101) filed on January 12, 2016.

                               Sincerely,

                               RICHARD S. HARTUNIAN
                               United States Attorney

                By:    */s/ Tamara B. Thomson*
                        Tamara B. Thomson
                        Assistant United States Attorney
                        Bar Roll No. 515310

cc:    Daniel DeMaria, Esq.